1  Bradley J. Swingle, SBN 171535
   Laura A. McGee, SBN 338703
2  File No. 10494
   **SWINGLE, VAN EGMOND & HEITLINGER**
3  **A Professional Law Corporation**
   1207 I Street
4  Modesto, California 95354
   Telephone:  (209) 522-2211
5  Email: bswingle@svhlaw.com
   Email: lmcgee@svhlaw.com
6
   Attorneys for Defendants
7   CITY OF LODI and MICHEL HITCHCOCK

8  Gregory Peacock, Esq., SBN 277669
   **LAW OFFICE OF GREGORY PEACOCK**
9  4063 Birch Street, Suite 100
   Newport Beach, CA 92660
10 Telephone: (949) 292-7478
   Email: gregorypeacockesq@gmail.com
11
   Jeffrey M. Schaff, Esq., SBN 269606
12 **SCHAFF LAW GROUP, INC.**
   8928 Volunteer Way, Suite 206
13 Sacramento, CA 95864
   Telephone (916) 809-9842
14 Email: jeff@schafflawgroup.com

15 Attorneys for Plaintiff
   MARCUS JOSHUA TRULL, JR.
16

17                    UNITED STATES DISTRICT COURT
18                    EASTERN DISTRICT OF CALIFORNIA
19

20

| MARCUS JOSHUA TRULL, JR., | Case No.: 2:23-cv-01177-CKD |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** |
| vs. | |
| CITY OF LODI; MICHAEL HITCHCOCK; and DOES 1 through 10, inclusive, | **United States Magistrate Judge Carolyn K. Delaney** |
| Defendants. | |

JOINT STIPULATION AND ORDER TO
CONTINUE DEADLINE TO RESPOND TO COMPLAINT - 1

**ORDER**

Pursuant to the stipulation of the parties:

Defendants' responsive pleading shall be filed on or before August 21, 2023.

IT IS SO ORDERED.

Dated:  August 7, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,trull.1177